No. 83–5937. STAPF *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–5938. DURHAM-MORGAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5950. OSIPOVA *v.* DUDLEY, CHIEF JUSTICE OF THE SUPREME COURT OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–5953. DONATE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5957. GARRIS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 82–1800. CONNECTICUT *v.* ZINDROS. Sup. Ct. Conn. Certiorari denied. THE CHIEF JUSTICE would grant certiorari.

No. 83–538. NOVELTIES DISTRIBUTION CORP. ET AL. *v.* MOLEE ET AL. C. A. 3d Cir. Motion of respondent Anthony Molee for approval of attorney's fees is denied without prejudice to applying for the relief in the United States Court of Appeals for the Third Circuit. Certiorari denied.

No. 83–661. SHOUN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 83–678. JOSEPH MAGNIN CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR would grant certiorari.

No. 83–685. MARINE CORPS EXCHANGE ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 9th Cir. Motion of respondent Elton Morgan for approval of attorney's fees is denied without prejudice to applying for the relief in the United States Court of Appeals for the Ninth Circuit. Certiorari denied.

No. 83–877. JOHNSON ET UX., DBA OAK FARM LIVESTOCK ET AL. *v.* FIRST NATIONAL BANK OF MONTEVIDEO, MINNE-

SOTA. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari. 

No. 83–5278. EAGLE ELK v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 83–5678. HOWZE v. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari. ██

No. 83–5626. O'BRYAN v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 83–5735. WILSON v. UNITED STATES; and TURNER v. UNITED STATES. Ct. App. D. C. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 83–5815. HARPER v. NEBRASKA. Sup. Ct. Neb.;
No. 83–5840. JACKSON v. FLORIDA. Sup. Ct. Fla.;
No. 83–5912. HARDING v. ARIZONA. Sup. Ct. Ariz.; and
No. 83–5945. MICHAEL v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 83–5815, 214 Neb. 911, 336 N. W. 2d 597; No. 83–5840, 437 So. 2d 147; No. 83–5912, 137 Ariz. 278, 670 P. 2d 383; No. 83–5945, 437 So. 2d 138.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.